## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILLIE H. DANIELS,

    Plaintiff(s),

v.                                                 Case No:  8:05-CV-952-T-30MSS

JO ANNE BARNHART,
Commissioner of Social Security,

    Defendant(s).
_____/

### **O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mary Scriven (Dkt. #17) and the Objections to the Report and Recommendation of the United States Magistrate (Dkt. #19) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge and the Objections of the Commissioner in conjunction with an independent examination of the file, the Court is of the opinion that the Commissioner's objections should be overruled and the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1)    The Report and Recommendation (Dkt. #17) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2) The decision of the Defendant Commissioner is REVERSED and REMANDED for a calculation and award of benefits to Plaintiff beginning on March 31, 2004.

3) Additionally, the case is REVERSED and REMANDED for further consideration under the sequential analysis for the time period after Plaintiff's alleged onset date and the date of his presumptive disability at age fifty, considering any new information the parties wish to introduce and accepting Dr. Berger's findings to be true, if they apply to the claimed period.

4) The Clerk is directed to CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on September 12, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Even\2005\05-cv-952.adoption 17.wpd