UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE H. DANIELS,

    Plaintiff,

v.                                                         Case No: 8:05-CV-952-T-30TBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

# **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #38). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #38) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) or, in the Alternative, to Alter or Amend the Court's Judgment Under Fed. R. Civ. P. 59(e) (Dkt. #33) is GRANTED.

3. The parties' Joint Stipulation Regarding Commissioner's Motion for Relief from Judgment (Dkt. #37) is APPROVED.

4. This Court's Order (Dkt. #31) dated December 2, 2009, is MODIFIED to reject the Report and Recommendation (Dkt. #30) and GRANT Defendant's Motion for Relief From Judgment Under Rule 60(b) (Dkt. #25) consistent with the parties' Joint Stipulation (Dkt. #37).

5. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 17, 2010.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Even\2005\05-cv-952.adopt 38.wpd